**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hannibal X. BROWN, Defendant–Appellant.**

No. 04–30251.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 17, 2005.

Michael J. Jefferson, U.S. Attorney's, Baton Rouge, LA, for Plaintiff–Appellee.

Hannibal X. Brown, Scotlandville, LA, pro se.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Hannibal X. Brown has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Brown has filed a response and requested the appointment of substitute counsel.

Our independent review of the brief, Brown's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

Brown's motion to appoint substitute counsel is DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.